

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00205-CV

Trece **MEUTH**,
Appellant

v.

**CITY OF SEGUIN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0546-CV-A
Honorable William Old, Judge Presiding

# O R D E R

Appellant's reply brief is due on December 27, 2018. *See* Tex. R. App. P. 38.6(c). Before the due date, Appellant filed an unopposed first motion for an extension of time to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is due on January 21, 2019. *See id.* R. 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.

KEITH E. HOTTLE,
Clerk of Court